Joint motion for approval of Settlement Agreement and stipulated dismissal with prejudice granted 5/16/16.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM GREEN,** *on behalf of himself and others similarly situated,* ) | |
| ) | CASE NO. 1:16-cv-00007 |
| **Plaintiff,** ) | |
| ) | **JUDGE JAMES S. GWIN** |
| vs. ) | |
| ) | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL** |
| **DANCO METAL PRODUCTS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff, William Green, on behalf of himself and the opt-in plaintiffs, and Defendants, Danco Metal Products, Inc., Takoda Group, LLC, Takoda Group Holdings, LLC, Thomas "L.T." Slater, Jim Williamson, and Tim Davis ("Defendants") hereby move this Court to review the parties' Joint Stipulation of Settlement and Release (the "Settlement") and for an Order approving the Settlement as fair and reasonable. The Parties stipulate that the opt-ins who have joined this lawsuit are similarly situated and are properly joined in this lawsuit pursuant to 29 U.S.C. 216(b). In support of this motion, the Parties state:

1. William Green (the "Named Plaintiff") commenced this action against Defendants alleging that Defendants failed to pay him and those similarly situated a minimum wage required by the Fair Labor Standards Act ("FLSA"). The Opt-In Plaintiffs joined the lawsuit after the action was commenced.

2. Defendants deny any liability or wrongdoing of any kind.

3. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties reached a settlement of all claims asserted in the pending action against Defendants. The terms are embodied in the Settlement. *See*, Joint Stipulation of Settlement and Release (Exhibit A).